### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 11-cv-00276-CMA-KMT

MARGARET "MAGGIE" SANDOVAL,

    Plaintiff,

v.

EAGLE COUNTY SCHOOL DISTRICT RE50J,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A) and the Stipulated Motion To Dismiss With Prejudice (Doc. # 19), signed by the attorneys for the parties hereto, it is

ORDERED that the above civil action and all claims are DISMISSED WITH PREJUDICE, each party to pay her or its own attorneys' fees and costs.

DATED: September  08 , 2011

                          BY THE COURT:

                          *[signature]*

                          CHRISTINE M. ARGUELLO
                          United States District Court Judge