**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00276-CMA-KMT

MARGARET "MAGGIE" SANDOVAL,

    Plaintiff,

v.

EAGLE COUNTY SCHOOL DISTRICT RE50J,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A) and the Stipulated Motion To Dismiss With Prejudice (Doc. # 19), signed by the attorneys for the parties hereto, it is

    ORDERED that the above civil action and all claims are DISMISSED WITH PREJUDICE, each party to pay her or its own attorneys' fees and costs.

    DATED:  September __08__, 2011

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge